UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                         :

EBENEZER AMARH,                      :

                                                        Plaintiff,    :

                                                              :            22-CV-3488 (VSB)

                            -against-                              :

                                                              :                 **ORDER**

GENERAL MOTORS FINANCIAL      :
COMPANY et al.,                           :

                                                               :

                                            Defendants.   :
----------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge**:

        It has been reported that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian Solutions") have reached a settlement in principle. (Doc. 25.) Accordingly, it is hereby:

        ORDERED that the above-captioned action is dismissed as against Experian Solutions without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: June 14, 2022
        New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge