```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EBENEZER AMARH,                                             :
                                                            :
                          Plaintiff,                        :
                                                            :       22-CV-3488 (VSB)
              -against-                                     :
                                                            :       ORDER
GENERAL MOTORS FINANCIAL                                    :
COMPANY et al.,                                             :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

It has been reported that Plaintiff and Defendant Trans Union, LLC ("Trans Union") have reached a settlement in principle. (Doc. 29.) Accordingly, it is hereby:

ORDERED that the above-captioned action is dismissed as against Trans Union without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: July 14, 2022
      New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge