UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :
EBENEZER AMARH,                      :
                                                     :
                         Plaintiff,        :
                                                     :           22-CV-3488 (VSB)
                    -against-                  :
                                                     :                 **ORDER**
GENERAL MOTORS FINANCIAL      :
COMPANY et al.,                       :
                                                     :
                                   Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that Plaintiff and Defendant General Motors Financial Company, Inc. ("General Motors") have reached a settlement agreement. (Doc. 35.) Accordingly, it is hereby:

       ORDERED that the above-captioned action is dismissed as against General Motors without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  August 10, 2022
           New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge