UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 :
EBENEZER AMARH,  :
 :
 Plaintiff,  :
 :   22-CV-3488 (VSB)
   -against-  :
 :   **ORDER**
GENERAL MOTORS FINANCIAL  :
COMPANY, INC., EXPERIAN  :
INFORMATION SOLUTIONS, INC.,  :
EQUIFAX INFORMATION SERVICES,  :
LLC AND TRANS UNION, LLC,   X

          Defendants.
-----------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the remaining parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: September 15, 2022
       New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge